**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **MAGISTRATE NO. 1:23-mj-00279** |
| | : | |
| **JAMES STYNER,** | : | |
| **Defendant.** | : | |

**MOTION FOR EMERGENCY STAY AND**
**FOR REVIEW OF RELEASE ORDER**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court first, to stay a defendant's release pending trial, and second, to review the decision by the Magistrate Judge from the Central District of California, Southern Division, to deny the government's motion for pre-trial detention.

Further, the United States has consulted with Federal Public Defender (FPD) Elizabeth Mullin, who intends to file a notice of appearance in this case, and who requests until Monday, October 30, 2023, to file a response to the government's motion. Finally, undersigned counsel and FPD Mullin jointly propose Thursday, November 2, 2023, at 3:30 p.m. as a mutually available hearing date if convenient for the Court.

In support thereof, the government states the following:

## I. BACKGROUND

### A. Procedural Posture

On October 26, 2023, the defendant James Styner, was arrested in the state of California on an arrest warrant issued out of the United States District Court for the District of Columbia by

Magistrate Judge Zia Faruqui in connection with a Criminal Complaint charging the defendant with one count of Sexual Exploitation and Attempted Sexual Exploitation of a Child, in violation of 18 U.S.C. § 2251(a), (e), one count of Coercion and Enticement of a Minor, in violation of 18 § U.S.C. 2422(b), and one count of Transfer of Obscene Material to a Minor, in violation of 18 U.S.C. § 1470. The arrest warrant was issued on October 24, 2023.

At his initial appearance in the Central District of California, Southern Division, on October 26, 2023, the United States moved to detain the defendant without bond pending trial pursuant to 18 U.S.C. § 3142(f)(1)(A), which provides for a rebuttable presumption of detention in cases involving crimes of violence as defined by 18 U.S.C. § 3156. 18 U.S.C. § 3156 defines a "crime of violence" to include a violations of Title 110, under which violations of 18 U.S.C. § 2251(a), (e) fall, and violations of Title 117, under which violations of 18 § U.S.C. 2422(b) fall. Further, both §§ 2251(a), (e), and 2242(b) give rise to a rebuttable presumption pursuant to 18 U.S.C. § 3142(e)(3)(E).

A detention hearing was held the same day before Magistrate Judge Douglas McCormick in the Central District of California, Southern Division. The defense argued for the defendant's release and the government opposed his release, citing the rebuttable presumption and the defendant's offense conduct, including demanding that a 13-year-old child in Washington D.C. send him videos of herself engaged in sexually explicit conduct and sending sex toys to her Washington D.C. home for her to use when filming herself. In addition, the government cited additional dangerous conduct by the defendant – unrelated to the pending case in the District of Columbia – including engaging in a sexual relationship with a 15-year-old in California and later threatening to stab her when she refused to obtain an abortion. Magistrate Judge McCormick released the defendant with conditions, with little explanation of his reasoning. An AUSA in the

United States Attorneys' Office for the Central District of California immediately moved to stay the decision in that court for the purpose of effectuating this filing. That oral motion was granted and Magistrate Judge McCormick issued a stay until October 27, 2023 at 4:00 p.m. Pacific Time (7:00 p.m. Eastern Standard Time). Magistrate Judge McCormick also ordered that the United States provide the date and time of the next hearing in the case.

**B. Factual Background**

Conduct Related to Minor Victim 1 – Washington D.C.

The United States sought an arrest warrant for STYNER based upon his conducted related to Minor Victim 1, a 13-year-old girl who lives in Washington, D.C. On August 31, 2023, a mandated reporter ("R1") contacted the Washington, D.C. Child and Family Services Agency ("CFSA") child abuse hotline to report that a 13-year-old minor female ("MV1") disclosed being in an online relationship with an adult male, later identified as James Styner (hereinafter "STYNER"). R1 said MV1 exchanged explicit photos and videos with STYNER and engaged in sex acts on video chat. According to R1, STYNER told MV1 he was 19-years old and lived in California. R1 also said he/she believed MV1 deleted the various social media accounts from MV1's phone.

On September 6, 2023, Detective Melia Dickinson ("Detective Dickinson"), Metropolitan Police of the District of Columbia ("MPDC"), spoke with the assigned CFSA social worker about the case. The social worker spoke with MV1's family, who provided consent for MV1 to participate in a forensic interview at the D.C. Child Advocacy Center. An interview was subsequently scheduled for September 15, 2023.

On September 15, 2023, prior to MV1's interview, Detective Dickinson spoke with MV1's mother. MV1's mother told Detective Dickinson that MV1 did not delete anything from her phone. Further, MV1's mother said STYNER sent MV1 a "dildo" via Amazon.

On September 15, 2023, MV1 participated in a forensic interview at the D.C. Child Advocacy Center. The following is a summary of some portions of the interview, and not intended to be a verbatim account of everything MV1 said:

When asked by the interviewer why MV1 was there to talk, MV1 answered that she received a package from one of her "online friends." MV1 clarified the individual (STYNER) was not a friend and she "couldn't get rid of him." MV1 said STYNER sent her a package that was intercepted by her parents. MV1 said she was not comfortable saying what was in the package, but the package was addressed to "Princess," which concerned her parents. MV1 also told the interviewer that she told R1 she was being "groomed" by STYNER online. MV1 explained being "groomed" is "when you get taken advantage of by someone older than you or just someone in general when they take advantage of you and manipulate you into doing what they want." MV1 said she was groomed into sending nude photos of herself to STYNER.

MV1 said she met STYNER online when he sent her a "DM" on Instagram saying she was pretty. STYNER asked MV1 if she sent photos and said he meant "nudes" when MV1 asked him what he meant. When MV1 said no, STYNER offered to buy MV1 something if she sent a photo of herself. MV1 said she sent STYNER photos and, in return, STYNER sent a "toy" her parents did not know about.

MV1 said STYNER keeps calling and knows her address. MV1 clarified that STYNER used Discord to call her and explained there was a feature that allowed voice and video call within the chat on the platform. MV1 also reported STYNER views her as his girlfriend, despite MV1

telling him she did not feel the same way. MV1 expressed fear about STYNER going to jail, saying that when he gets out, she is afraid he would harm her. MV1 elaborated that STYNER would harm her because he knows how to drive and would drive to her house. MV1 said she sent photos whenever she could because she could not get rid of him.

When asked about the photos MV1 sent, MV1 reported being "usually" naked and in a "suggestive" or "sexual" pose because that is what STYNER wanted. MV1 said STYNER would be able to see her "whole body." MV1 clarified she would not include her face in the nude photos. MV1 said STYNER would send "photos of his dick" in return and photos of his face as well.

When asked where the photos STYNER sent to MV1 were, MV1 said they were in her camera roll. When asked where the photos MV1 sent to STYNER were, MV1 said they would be in her chats or in STYNER's camera roll because STYNER took screen shots. MV1 further said she would chat with STYNER on Instagram and Discord.

MV1 also said STYNER sent her a small "tentacle" dildo that her parents did not know about, and said STYNER sent her a bigger size dildo, which is the package her parents found.

MV1 said she told STYNER she was 13-years old, and STYNER replied that he is 19-years old and "I hope that's ok." STYNER also told MV1 that he is from California. When MV1 told STYNER she visited California every year around Christmas, STYNER suggested they "link up" and have sex. When MV1 told STYNER she did not want to, STYNER said "yes you do" and stated he would pick her up and they could have sex in his car.

MV1 said STYNER'S online name is "Neo," and provided his Instagram screen name as "Neoislivin." MV1 said STYNER'S Discord name is the same as his Instagram name.

Following the forensic interview, Detective Dickinson spoke with MV1's mother who said that she knew about the second dildo but did not know about the first one. She agreed to look for

it at their residence. Additionally, she granted written consent for investigators to search MV1's cell phone and iPad.

Then, on September 18 and 19, 2023, MV1's cell phone and iPad were turned over to law enforcement for forensic analysis. A review of MV1's cell phone revealed a Discord conversation between two accounts: Neo1984 (STYNER'S Account) and HARUHIIZM (MV1's Account). The chat began on September 6, 2023:

STYNER: hi princess

STYNER: u can delete ur insta acc now ^_^

MV1: Hello :))

At various points throughout the conversation,[1] STYNER asked for nude photos from MV1:

**September 6, 2023:**

STYNER: can u record some nudes for me or maybe we can have e sex later

MV1: *responding to "can u record some nudes for me"* Didn't i tell you I had to stop that and that it was illegal!!!

STYNER: its not if its on call silly :p

STYNER: and even if its vids u can unsend them :p

STYNER: i didnt buy you the dildo for u not to send me vids of u using it sweetiepie

**September 7, 2023 4:22pm**

STYNER: Look

STYNER: Your dildo was delivered

STYNER: It's sending

[1] The following are portions of chats between STYNER and MV1, and do not reflect the entirety of the conversations between them.

STYNER: *sends a screenshot consistent with an Amazon order. The item ordered was titled "T-explorer Realistic Dildo" and was marked as "Delivered today" to "Princess, [MV1's DC address]"*

**September 7, 2023 4:50pm**

STYNER: Send a video to you playing with your clit

STYNER: Like spread that shit for me

STYNER: Finger it

MV1: Nuh uh

*STYNER then threatened to "cancel it" (referring to something he bought for MV1). MV1 tells him to "do it" "I can buy it myself I'm ricj"*

STYNER: Was gonna give you $30

**September 7, 2023 6:04pm**

STYNER: If u do it on call with me I'll order you the next size up ;)

MV1: NOOO I'M TOO SCARED

MV1: *sends a video depicting MV1 masturbating using a clear sex toy that is consistent with the appearance of the dildo STYNER sent in the above listed photo. MV1 is seen inserting the toy into her exposed vagina and pulling it out repeatedly.*

STYNER: Lemme see you ride it

STYNER: Imma order you a large if I see you ride it k?

MV1: Ok!

MV1: *sends a video depicting MV1 standing the sex toy up before lowering her exposed vagina onto the toy and raising herself up again before repeating the actions.*

**September 8, 2023 6:34pm**

STYNER: Ordered you the next size up dildo :3

MV1: Rreally?!? You don't have to!! And also my parents might find out!

STYNER: No it's fine

STYNER: I wanna see you ride a bigger one

MV1: :DD

STYNER: *sends a screenshot consistent with an Amazon order indicating that an order was placed. The item ordered was shipped to "Princess [MV1's DC address]" and appeared to be the same item as the prior dildo ordered.*

**September 9, 2023 3:18pm**

STYNER: Dildo should be coming Monday

MV1: Woohoo!! I'll use it for you

STYNER: Yeah you'll record anything I tell you to record with it

STYNER: Anyways Where are you rn I'm horny and I want you to send nudes

MV1: My grandma's house

STYNER: Go touch urself in ur room Finger ur pussy Or use a brush :3

MV1: I cant

On September 12, 2023, MV1 asked STYNER to end communication with her, but STYNER refused:

MV1: MY PARENTS GOT THE PACKAGE

STYNER: so what did they do with it

MV1: ALSO DON'T SRND ME ANYTHING ELSE

STYNER: did they give u it :3

MV1: THEY DIDNT OPEN OT

STYNER: good take the package and open it be sure to hide it k?

MV1: I can't Also we shouldn't talk anymore

STYNER: no we should

MV1: It isn't right and plus I rlly don't want you to get in trouble

STYNER: im not gonna get in trouble baby :3 we can still talk

MV1: No I'm not letting this go on

STYNER: yep

MV1: I'm sorry

STYNER: no i didnt buy you this nekopara

MV1: you did but your way older than me that isn't right

STYNER: what its alright Its ok that im older than u baby youre just bein silly its ok you're mine and mine only

MV1's cell phone also contained Instagram chats between user Neoislivin (STYNER's account) and IMUOTOO (MV1's account). The chats appear to be incomplete or appear to start in the middle of an ongoing conversation. The following is the extracted chat data in its entirety:

STYNER: For what

STYNER: They can't do anything

STYNER: They have none of my info

MV1: I'm still scared

STYNER: Or any of other peoples info

STYNER: Yeah I know honey

STYNER: Can you do stuff with the toy tonight

STYNER: and send it to me

STYNER: I think the best you can do is delete your account

STYNER: Ryo

MV1: *replying to "Can you do stuff with the toy tonight"* I can't, I will never do those things again I feel terrible

STYNER: Why

MV1: *replying to "I think the best you can do is delete your account"* I've tried it doesn't work

STYNER: It's an expression of love

STYNER: replying to "I've tried it doesn't work" You're doing it wrong babe

MV1: I feel like such a bad person I'm betraying my parents trust

MV1: I'm sorry I won't

STYNER: One more time please

STYNER: I wanna see it on the big one

MV1: I can't, I don't even have it haha

On September 18, 2023, Detective Dickinson went to MV1's residence to collect the Amazon package sent by STYNER. The package contained a sex toy, clear in color, consistent with the screenshot STYNER sent to MV1 on September 8, 2023, as detailed above. On September 28, 2023, Detective Dickinson collected a cosplay costume that was sent to MV1 by STYNER via Amazon. The costume was described by STYNER only as a "Nekopara cosplay." The costume appears to be consistent with the character "Cinnamon" as discussed in a chat on September 6, 2023. The character Cinnamon wears a French maid outfit and has a purple tail.

Based upon administrative subpoenas, law enforcement learned that the Instagram account "neoislivin" was connected to the name "James" with an email address of neoisvibin1234@gmail.com. Google then provided records identifying "James Styner" as the email account subscriber and the recovery phone number 714-313-6459 ("PHONE NUMBER"), which open sources revealed to be associated with Verizon.

On October 17, 2023, Detective Dickenson responded to MV1's residence and showed her a single confirmation photograph of STYNER obtained from a booking photo from a law enforcement agency obtained on October 4, 2023. Upon viewing the photo, MV1 was asked if she recognized the subject pictured. MV1 responded "I think so." MV1 said that the subject's name was "Neo," and that he was the individual she had spoken about in the forensic interview. She further stated that "He's a bad person that me and my friends know. And he groomed me."

During the investigation, MV1's mother signed a consent form, authorizing the account takeover of MV1's Discord account by an Online Covert Employee (OCE). The following conversation with STYNER ensued:

OCE: Just got phone back Sort mom is a bitch and took phone Sorry

STYNER: Hii how are you

OCE: Hey I'm ok I guess

STYNER: Did the dildo arrive okay

OCE: *smiling face emoji* Yeah

STYNER: how big is it? Ryo I miss you sm princess

OCE: Idk the size but not to big

STYNER: Did you nekopara cosplay arrive

OCE: *heart face emoji*

STYNER: Lemme see

OCE: It did thank u

STYNER: Compare it to the other one

OCE: I'll put on for u An take pic

STYNER: What do you say to daddy

OCE: Thank u *heart face emoji*

STYNER: Can u record yourself touching in it :3 I wanna see you use the medium size dildo :3

OCE: Yah when I get home

STYNER: I love you Am I the best daddy everrr

STYNER: When will that be?

OCE: so I have to be careful with all this becuae of mom

STYNER: Yeah So how are things

OCE: I know it easier for you cause your older. I'm 13 so it sucks hiding all time

STYNER: I bet. Wanna see me cum? :3

OCE: Yea I'm in school bu can change when i get hone just ha a quick break an dont want my teacher to take my phone

STYNER: *sends video of an adult man masturbating his penis. The video appears to have been taken by the individual depicted in it.*

OCE: Can't wait till I get to high school Middle school sucks I hate it

STYNER: I see Do you like the video my love?

OCE: *heart face emoji* Let's chat when i get home have to put phone away

STYNER: When will you be home What time

OCE: 4 ish

STYNER: What time is it where you are

OCE: 1220

STYNER: Okay I missed you sm :) Glad ur back

OCE: Me too cha soon

On September 30, 2023, STYNER was arrested and his iPhone was seized by the West Covina Police Department for charges unrelated to MV1, as described in the below paragraphs related to MV2. On October 6, 2023, a search warrant [No. 2:23-mj-5169] was issued in United States District Court for the Central District of California by the Honorable A Joel Richlin in the matter of the iPhone seized from STYNER. The contents of the phone were forensically extracted by law enforcement in Washington D.C. and the initial review of STYNER'S iPhone has identified at least six videos of MV1 showing her breasts and/or vagina, including but not limited to the following:

(1) One video depicts MV1 pulling down her underwear exposing her vagina. As the videos progresses, MV1 sits on the floor, spreads her legs, and uses her fingers to spread her vagina.

(2) Two videos in which MVI uses a pink and white dildo to masturbate.

In addition to the contents of STYNER's phone, Amazon provided information in response to a subpoena including the account order history, to include three orders that were mailed to "Princess" at MV1's address. These orders are described below:

(1) Order 113-8639846-8615464, placed on September 4, 2023, for "T-explorer Realistic Dildo, Tentacle Classic Dildo Anal Butt Plug Clear with Strong Suction

Cup Realistic Penis for G-Spot Stimulation Dildos Anal Sex Toys for Women Adult Sex Anal Toys & Games(S)."

(2) Order 113-4500279-2755420, placed on September 4, 2023, for "Yunbei Cinnamon Cosplay Costume Catgirls Maid Dress Lolita Dress."

(3) Order 113-1317696-5173033, placed on September 8, 2023, for "T-explorer Realistic Dildo, Tentacle Classic Dildo Anal Butt Plug Clear with Strong Suction Cup Realistic Penis for G-Spot Stimulation Dildos Anal Sex Toys for Women Adult Sex Anal Toys & Games (L)."

Based upon these facts, the United States obtained a complaint and arrest warrant for STYNER.

Conduct Related to Minor Victim 2 – California

In addition to the allegations related to MV1 in Washington D.C., the United States submits that STYNER's conduct with respect to a second minor victim enhances his dangerousness and increases the urgency of the government's request for detention. After the investigation into STYNER's conduct in Washington D.C. had begun, law enforcement learned that STYNER was arrested on September 30, 2023, by the West Covina Police Department for Sex with Minor + or -3 Years and Threaten with Intent to Terrorize, a misdemeanor and felony, respectively. The incident report that led to that arrest describes the following: The minor victim of that incident, (hereinafter "MV2,") reported that approximately three months ago, STYNER messaged her on Instagram. MV2 told STYNER she was 14 years old. STYNER told MV2 he did not mind. MV2 said they had vagina sexual intercourse more than five times in the apartment where she resided in West Covina, California, and in STYNER's vehicle.

According to MV2, on September 29, 2023, STYNER came to her house and MV2 told him she was pregnant with his child. STYNER told her to get an abortion and left the residence. MV2 and STYNER continued to text about the pregnancy. STYNER told her to "Abort it" or he would stab her. STYNER texted "I'll try to make it quick," and "I have to stab you once, actually three times." STYNER also texted that he was on his way to her residence and for her to call the police.

During that incident, responding West Covina Police Department officers found STYNER in the vicinity of MV2's residence. During a pat-down, law enforcement recovered his cell phone, an Apple iPhone, and a multi-tool that contained a knife on his person. A used condom was found in a trash bag in his vehicle. STYNER was arrested for violating California Penal Code 261.5(B), (Unlawful Sexual Intercourse w/Minor, 3 Years Older or Younger – Statutory Rape), a misdemeanor, and California Penal Code 422(A) (Threatened Crime With Intent To Terrorize – Intimidation), a felony.

On October 26, 2023, law enforcement arrested STYNER based on the warrant issued out of Washington D.C.

## II . <u>ORDER FOR RELEASE</u>

On October 26, 2023, the defendant appeared for an initial appearance and detention hearing before Magistrate Judge Douglas McCormick in the Central District of California, Southern Division. Over the objection of the United States, Magistrate Judge McCormick released the defendant with conditions, including home confinement. He did not provide his reasoning as to how the defendant overcame the rebuttable presumption of detention, nor did he explain how home detention would sufficiently protect the community from the danger posed by the defendant. An AUSA in United States Attorneys' Office for the Central District of

California immediately moved to stay that decision in that court for the purpose of effectuating this filing.

## III. ARGUMENT

Title 18, U.S.C. § 3145(a) states:

**(a) Review of a release order –** If a person is ordered released by a magistrate, …

> (1) the attorney for the Government may file, with the court having original jurisdiction over the offense, a motion for revocation of the order or amendment of the conditions of release . . .

The motion shall be determined promptly.

On the government's motion to review a release order, this Court considers *de novo* the Magistrate Judge's denial of pre-trial detention. In its discretion, the Court may proceed to rehear the evidence by recalling the witnesses, reviewing transcripts, or by proceeding through proffer and argument. It may take additional evidence from new witnesses or consider arguments not previously raised. In short, the Court may proceed as best enables it to resolve the question posed: whether any condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of any other person and the community? As the legislative history of the 1984 Bail Reform Act amendments shows:

> [T]he language referring to the safety of the community refers to the danger that the defendant might engage in criminal activity to the detriment of the community. The committee intends that the concern about safety be given a broader construction than merely danger of harm involving violence. . . .

See S.Rep. No. 225, 98th Cong., 2d Sess. 307, reprinted in 1984 U.S. Code Cong. & Ad. News 3182, 3195-3196.[2]

---

[2] To that end, it is worthwhile recalling Congress' intent in 1984 when it enacted the current

Defendant is subject to detention pursuant to 18 U.S.C. § 3132(f)(1)(A) because he is charged with a crime of violence as defined by 18 U.S.C. § 3156(a)(4)(C) (defining a "crime of violence" as any felony violation under Chapter 110 and 117, which includes violations of 18 U.S.C. § 2251(a), (e) and 18 U.S.C. § 2242(b), with which defendant is charged. The defendant cannot overcome the presumption of detention. As a result, the government requests review of Magistrate Judge McCormick's decision to release defendant and seeks a further stay of the order from this Court. Further, the United States has consulted with Federal Public Defender (FPD) Elizabeth Mullin, who intends to file a notice of appearance in this case, and who requests until Monday, October 30, 2023, to file a response to the government's motion. Finally, undersigned counsel and FPD Mullin jointly propose Thursday, November 2, 2023, at 3:30 p.m. as a mutually available hearing date if convenient for the Court.

---

version of the Bail Reform Act:

> Many of the changes in the Bail Reform Act reflect the . . . determination that Federal bail laws must . . . give the courts adequate authority to make release decisions that give appropriate recognition to the danger a person may pose to others if released. . . . The constraints of the Bail Reform Act fail to grant the Courts the authority to impose conditions of release geared toward assuring community safety, or the authority to deny release to those defendants who pose an especially grave risk to the safety of the community. . . . *This broad base of support for giving judges the authority to weigh risks to community safety in pretrial release decisions is a reflection of the deep public concern, which the Committee shares, about the growing problem of crimes committed by persons on release.*

See S.Rep. No. 225, 98th Cong., 2d Sess. 307, reprinted in 1984 U.S. Code Cong. & Ad. News 3182, 3486-3487. (Emphasis added.)

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By: */s/ Jocelyn Bond*
Jocelyn Bond
DC Bar #1008904
Assistant United States Attorney
United States Attorney's Office
601 D Street, NW
Washington, DC 20530
Phone: (202) 809-0793