UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES STYNER,<br>Defendant. | MAGISTRATE NO. 1:23-mj-00279 |

ORDER TO UNSEAL

This matter having come before the Court pursuant to the Government's Motion to Unseal, in which the United States contends that there is no longer a need to keep the case sealed, it is therefore

**ORDERED** that the above-captioned case shall be unsealed:

10/27/23

~~Magistrate Judge~~

J. Boasberg
Chief Judge