UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : MAGISTRATE NO. 1:23-mj-00279
:
JAMES STYNER, :
Defendant. :

ORDER

This matter having come before the Court pursuant to the Government's Motion for Emergency Stay and for Review of Release Order, filed under seal on October 27, 2023. In the motion, the United States moves the Court to stay the release of the defendant, as ordered by Magistrate Judge Douglas McCormick, Central District of California, Southern Division, on October 26, 2023. The United States submits that the defendant should be detained pursuant to 18 U.S.C. § 3142(f)(1)(A), and that there is a rebuttable presumption of detention because the defendant is charged with crimes of violence, as defined in 18 U.S.C. § 3156.

As the Court with original jurisdiction over the offenses for which the defendant has been charged, the Court has independent authority to review a release order pursuant to 18 U.S.C. § 3145(a). Based upon the proffer of the United States regarding the defendant's potential for dangerousness if released, the Court will exercise its authority to review the release order in this case. Therefore it is hereby

**ORDERED**, that the release order for defendant JAMES STYNER issued by Magistrate Judge Douglas McCormick, Central District of California, Southern Division, on October 26, 2023, is hereby **STAYED** until further order of this court; it is further

**ORDERED**, that the parties will appear before the court for a hearing on his matter on __

Oct. 31, 2023, at 5:00 p.m.

Chief Judge James Boasberg